■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO TORRES-REYES, Appellant. [893 NYS2d 797]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered July 17, 2008. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.